UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAYLOR BURKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:17-CV-316-PPS-MGG |
| ) | |
| CHECKERS DRIVE-IN RESTAURANTS ) | |
| INC. d/b/a RALLY's and ) | |
| WELLSPRING CAPITAL ) | |
| MANAGEMENT INC. d/b/a RALLY'S ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Voluntary Dismissal Of Only Defendant, Wellspring Capital Management Inc. [DE 8] with prejudice pursuant to Rule 41(a)(1)(A)(i) is **SO ORDERED** and all claims against Defendant Wellspring Capital Management Inc. are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Entered: May 26, 2017.

                                                 s/ Philip P. Simon
                                                **PHILIP P. SIMON, JUDGE**
                                                **UNITED STATES DISTRICT COURT**