UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| TAYLOR (SMITH) BURKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-316-PPS-MGG |
| | ) | |
| v. | ) | |
| | ) | |
| CHECKERS DRIVE-IN RESTAURANTS, INC., d/b/a RALLY'S | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The discovery period in this case having concluded, the Court hereby sets a **telephonic scheduling conference for Monday, June 10, 2019, at 9:30 A.M. Hammond/Central Time,** before the undersigned.  The purpose of this hearing shall be to schedule the Final Pretrial Conference/Settlement Conference, the Trial Management Conference, and a trial date, and to discuss any other issues pending at that time. Plaintiff's Counsel should also be prepared to clarify the causes of action alleged in the Complaint and discuss the claims Plaintiff intends to pursue going forward.

As a courtesy, the Court will initiate the telephone conference by placing calls to the first attorney for each party listed on the docket at the phone number shown there.  If different or additional attorneys wish to be included in the telephone conference, or a different telephone number should be used, counsel must contact Judge Simon's Case Manager at (219) 852-6724 no later than 24 hours prior to the time the conference is to

occur.  If any party does not comply with these requirements, that party will be required to appear for this and all future hearings for this matter **IN PERSON**.

**SO ORDERED.**

ENTERED: May 30, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT